IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAREN N. LEE,<br><br>    Debtor. | Case No. 2:24-MC-00075 WBS AC<br><br>**ORDER**<br><br>Criminal Case No. 2:09-CR-00438 WBS |
| DISCOVER BANK, N.A.,<br><br>    Garnishee. | |

    On April 26, 2024 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  (Docket No. 13.)  No party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Among other things, Discover Bank has indicated that the debtor has a checking account ending in number 7575, a savings account ending in number 9126, she is the sole owner of both accounts, and no other party has an interest in those accounts.  (See Docket No. 8.)  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 26, 2024, are adopted in full; and

2. Garnishee Discover Bank, N.A. is directed to pay the Clerk of the Court of the United Staes District Court all of the funds held by Garnishee in which Debtor has an interest within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a check, money order or company draft made payable to the "Clerk of the Court" and delivered to:

>Office of the Clerk
>501 I St., Rm. 4-200
>Sacramento, CA 95814

The criminal docket number (2:09-cr-00438 WBS) shall be stated on the payment instrument;

3. The Court will retain jurisdiction to resolve the matters through ancillary proceedings in the case, if necessary; and

4. The garnishment will be terminated when the payment is deposited with the Clerk of the court.

Dated:  June 7, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Lee0075.800